IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>MARISSA LYNN DEDRICK,<br><br>　　　　　　　　　　Debtor(s).<br><br>PHILIP KELLY, Chapter 7 Trustee,<br><br>　　　　　　　　　　Plaintiff(s)<br>vs.<br><br>VALDA McDONALD,<br><br>　　　　　　　　　　Defendants(s). | CASE NO. BK22-40277-TLS<br><br>CHAPTER 7<br><br>ADV. NO. A22-4014-TLS<br><br>**JUDGMENT** |

　　　　This matter is before the court on the plaintiff's complaint (Fil. #1) to avoid and set aside a transfer pursuant to 11 U.S.C. § 547(b). Trial was held by video conference in Lincoln, Nebraska, on January 25, 2023. Philip Kelly, the Chapter 7 Trustee, appeared as the plaintiff, and David Kyker appeared for the defendant, Valda McDonald. Testimony was taken, exhibits were offered and received, and written closing arguments were submitted.

　　　　IT IS ORDERED: For the reasons stated in the Order of today's date, judgment is hereby entered in favor of the plaintiff and against the defendant. The transfer by the debtor of $6,650.00 to the defendant is avoided pursuant to 11 U.S.C. § 547(b), and the defendant is ordered to return that amount to the plaintiff pursuant to 11 U.S.C. § 550.

　　　　DATED: February 23, 2023.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/Thomas L. Saladino
　　　　　　　　　　　　　　　　　　　　　　Chief Judge

Notice given by the court to:
　　* Philip Kelly
　　David Kyker
　　United States Trustee

*Movant is responsible for giving notice to other parties if required by rule or statute.